IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HOTEL EMPLOYEES & RESTAURANT LOCAL NO. 274 HEALTH & WELFARE FUND, et al. | : : : : | CIVIL ACTION NO. 10-1279 |
| v. | : : | |
| STADIUM HOTEL RESTAURANT GROUP, INC. T/A BENNY THE BUM RESTAURANT | : : : : | |
| v. | : : | |
| BRET LEVY | : | |

**ORDER**

AND NOW, this 26th day of March, 2012, upon consideration of defendant/third-party plaintiff Stadium Hotel Restaurant Group's motion for summary judgment against third-party defendant Bret Levy, it is ORDERED that Stadium's motion is DENIED.

It is further ORDERED that a non-jury trial is scheduled for Tuesday, May 29, 2012 at 10:00 a.m. in Courtroom 4-A, United States Courthouse, Philadelphia, PA. The parties should file pre-trial memoranda and any motions in limine by Tuesday, May 1, 2012.

If the parties believe a settlement conference would be productive they should contact my chambers (215-597-2750) promptly.

                                                    *s/Thomas N. O'Neill, Jr.*
                                                    THOMAS N. O'NEILL, JR., J.